# ELECTRONIC RECORD

COA # 07-14-00114-CR                    OFFENSE: 22.04

STYLE: Edward Ewing v. The State of Texas                    COUNTY: Castro

COA DISPOSITION:    Affirmed                    TRIAL COURT: 242nd District Court

DATE: 03/02/2015                    Publish: No    TC CASE #:    B3492-1308

## IN THE COURT OF CRIMINAL APPEALS

STYLE:    Edward Ewing v. The State of Texas          CCA #:    **327-15**

_____ PRO SE _____ Petition          CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:          DATE: _____

_____ REFUSED _____          JUDGE: _____

DATE: 04/29/2015          SIGNED: _____          PC: _____

JUDGE: Per Curiam          PUBLISH: _____          DNP: _____

---------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

**ELECTRONIC RECORD**